# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MARK STEWART HUNT**                                                                                    **PLAINTIFF**

v.                                         Case No. 4:22-CV-1249-LPR

**TACKETT, et al.**                                                                                       **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition (RD) from Magistrate Judge Edie R. Ervin. (Doc. 10). The Court has also received timely objections from Mr. Hunt. (Docs. 11, 12, and 13). After a careful review of the objections and a *de novo* review of the RD and the entire record, the Court concludes that the RD should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Accordingly, the Third Amended Complaint is dismissed without prejudice for failure to state a viable cause of action. This case is closed. It is recommended that future courts consider this dismissal as a strike for purposes of 28 U.S.C. § 1915(g). The Court certifies that an *in forma pauperis* appeal of this dismissal would be frivolous and not be taken in good faith.

Because Mr. Hunt is pro se, the Court wishes to clarify that the only live claims Mr. Hunt had in his Third Amended Complaint (Doc. 5)—and thus the only claims the Court has addressed in this Order—are the deliberate indifference and (potentially) state-law negligence claims against Tackett and his commanding officer related to their alleged failure to buckle Mr. Hunt's seatbelt and their driving.[1] Any other claims Mr. Hunt might have—such as deliberate indifference and (potentially) state-law negligence claims against the detention staff for allegedly failing to treat

---

[1] The Court agrees with Judge Ervin that Mr. Hunt remains "free to pursue state law claims . . . in an Arkansas state court." Recommended Disposition (Doc. 10) at 5 n.5.

him once he got to the Detention Center—are not addressed in this Order or case.  Mr. Hunt is free to pursue them in another case.

    IT IS SO ORDERED this 11th day of April 2023.

                                                  _____
                                                  LEE P. RUDOFSKY
                                                  UNITED STATES DISTRICT JUDGE